■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFY DUMA, Appellant. [52 NYS3d 632]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered December 22, 2014, convicting defendant, upon his plea of guilty, of robbery in the first degree and burglary in the first degree, and sentencing him to concurrent terms of nine years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.

As the People concede, based on *People v Middlebrooks* (25 NY3d 516 [2015]) and *People v Rudolph* (21 NY3d 497 [2013]), defendant is entitled to an express youthful offender determination. Concur—Tom, J.P., Sweeny, Richter, Kapnick and Webber, JJ.